**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MERRELL VANNIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-1548 (APM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STATUS REPORT**

Pursuant to the Court's July 1, 2016 Order, Plaintiff, Merrell Vannier ("Plaintiff") and Defendant, the United States Department of Justice ("Defendant") (collectively the "Parties") hereby submit the following Status Report. In the instant matter, Defendant has completed both its search and its processing of responsive records, including the processing and release of applicable referral records. Plaintiff, however, requests additional time to review the records and the Parties request sufficient time to work through any follow-up and to narrow and/or resolve any issues before the Court. The Parties, accordingly, request until October 20, 2016 to either file a stipulation of dismissal if the matter has been resolved or a further Status Report on or before October 20, 2016 addressing whether any issues remain that require briefing.

\*   \*   \*

Dated: August 31, 2016
       Washington, DC

                Respectfully Submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief

By: */s/ Carl E. Ross*_____
CARL EZEKIEL ROSS, D.C. Bar #492441
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel:   (202) 252-2533
Fax:   (202) 252-2505

Attorneys for Defendant